**File Hashes for IP Address 173.78.19.241**

**ISP:** Verizon FiOS
**Physical Location:** Tampa, FL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/04/2014 21:15:53 | CC2228DBFA53DB83C886724F18487A3B5B9DCC46 | Morning Glory |
| 06/04/2014 21:07:37 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 06/04/2014 20:59:40 | E78047F304EA7B1BE0A090AD6319FDC6288B3800 | Just Watch Part 2 |
| 06/04/2014 20:47:32 | A632A578F7401E1A9A7AE25DC66DC266C23FBFEE | Blindfold Me Baby |
| 06/04/2014 20:47:00 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 05/21/2014 20:21:24 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |
| 05/21/2014 20:10:43 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 04/24/2014 10:52:11 | A9BCA2E174A4BA8107D652019219B114D9D43481 | Group Sex |
| 04/24/2014 10:49:54 | BB295FB3A87F01E7B7F2B37086705119D926A967 | Come To Me Now |
| 04/24/2014 10:48:34 | 2FEA13D7C3DFE66DE48B9FC3736630556409FD77 | I Want You To Watch Me |
| 04/24/2014 10:40:57 | 382B288F7F7BC34700258E42CB618338478645D7 | Double Tease |
| 04/16/2014 17:40:20 | C7DA6619BE7850E29FC0DF0B5D3438172AB04A32 | A Hot Number |
| 04/16/2014 15:24:50 | E4C30591C47E8AA25BFB0DA50EB90E23CC7A3767 | Catching Up |
| 04/09/2014 18:13:27 | 854AA24D716320AD57F814654B7BE639928F073E | Wake Me Up |
| 04/09/2014 18:03:20 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 04/09/2014 18:02:33 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 04/09/2014 17:53:41 | 6D6A717BAF1B6C3E07F56C9A281EBDE787F81B68 | Pink Perfection |
| 03/24/2014 12:03:54 | FA08E3AC90584CAFB74CD2224EE605992C36104E | Insanely Gorgeous |
| 03/24/2014 11:51:38 | D3776E60908EA6DFB5B343ADC9220869A29DC591 | Sweet Surrender |
| 03/24/2014 11:50:24 | FF0DB14E438F101B252E0792EB62345D3182D623 | Deep Blue Passion |
| 03/12/2014 09:59:18 | 8C6F7B93472842C4DBD081201056822BEF60C625 | Sweet Dreamers |
| 03/12/2014 09:48:38 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |

EXHIBIT A

LMFL148

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/12/2014 09:41:57 | 0303CE5BD8BA90ED5874D077AB314471DB127F5A | Remembering Strawberry Wine |
| 03/01/2014 16:53:17 | 8230B387C89FAEE11883B94D77F56D789DC76432 | Morning Meditation |
| 03/01/2014 16:32:44 | 2A49A45ED898A2E8587E15BD4A83EDE709D66D26 | Sex and Submission |
| 02/26/2014 21:15:51 | 6FA026E04036D9CE7F757AFA7144293DA88B4571 | I Am In the Mood |
| 01/28/2014 11:47:33 | 44157A57E175E2BBF0290513B7355E4617CB4BBB | Season of Love |
| 01/28/2014 11:43:27 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 01/28/2014 11:38:23 | AEDF5509C02988B9F797D2DAE4CCE88375C4B41C | I Can Not Wait |
| 01/28/2014 11:36:55 | 977F0D9179FB03CDE20A2EFBAE0B41F6E77208A5 | Get Wild at Home |
| 01/28/2014 11:31:01 | BBF591A83117289977E8C04EEADE21E810EF20E8 | They Only Look Innocent |

**Total Statutory Claims Against Defendant: 31**

EXHIBIT A

LMFL148