**Copyrights-In-Suit for IP Address 173.78.19.241**

**ISP:** Verizon FiOS
**Location:** Tampa, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 04/16/2014 |
| Blindfold Me Baby | PENDING | 05/30/2014 | 06/05/2014 | 06/04/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/16/2014 |
| Come To Me Now | PA0001892181 | 04/21/2014 | 04/29/2014 | 04/24/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/24/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/24/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/04/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/09/2014 |
| From Three to Four Part 2 | PENDING | 06/01/2014 | 06/05/2014 | 06/04/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 01/28/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 04/24/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/26/2014 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 01/28/2014 |
| I Want You To Watch Me | PA0001892179 | 04/23/2014 | 04/29/2014 | 04/24/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/24/2014 |
| Just Watch Part 2 | PENDING | 05/27/2014 | 06/07/2014 | 06/04/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/21/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/28/2014 |
| Morning Glory | PENDING | 05/29/2014 | 06/07/2014 | 06/04/2014 |
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 03/01/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/09/2014 |

EXHIBIT B

LMFL148

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/21/2014 |
| Pink Perfection | PA0001887098 | 04/07/2014 | 04/07/2014 | 04/09/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/12/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/28/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/01/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/12/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 03/24/2014 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 01/28/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/12/2014 |
| Wake Me Up | PA0001887105 | 04/01/2014 | 04/07/2014 | 04/09/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  31**

EXHIBIT B

LMFL148