UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.78.19.241,<br><br>        Defendant. | Civil Case No. 8:14-cv-01580-VMC-TBM |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon FiOS, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

                                Respectfully submitted,

                                By: /s/ *M. Keith Lipscomb*
                                M. Keith Lipscomb (429554)
                                klipscomb@lebfirm.com
                                LIPSCOMB EISENBERG & BAKER, PL
                                2 South Biscayne Blvd.
                                Penthouse 3800
                                Miami, FL 33131
                                Telephone: (786) 431-2228
                                Facsimile:  (786) 431-2229
                                *Attorneys for Plaintiff*

1