December 17, 2014

United States District Court
Middle District of Florida
Sam M. Gibbons U.S. Courthouse
Attn: Chambers of Judge Virginia M. Hernandez Covington
Case No. 14-01580-VMC-TBM
801 North Florida Avenue
Tampa, Florida 33602
813-301-5400

Dear Judge Hernandez-Covington,

I am the defendant in Case No. 14-01580.  Please accept this as a motion for additional time to respond to the complaint.  Please grant me an additional 45 days to respond to the complaint.

Thank you,

Greg Weaver



G. Weaver
2304 Thurston Ct
Tampa FL 33629

United States District Court
Middle District of Florida
Sam M. Gibbons U.S. Courthouse
Attn: Chambers of Judge Virginia M. Hernandez Covington
Case No. 14-01580-VMC-TBM
801 N Florida Ave
Tampa FL 33602