UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                              Case No. 8:14-cv-1580-T-33TBM

GREGORY WEAVER,

    Defendant.
_____/

### **ORDER**

This cause is before the Court pursuant to *pro se* Defendant Gregory Weaver's Construed Motion for an Extension of Time to File a Response to Plaintiff Malibu Media, LLC's Amended Complaint, filed on December 18, 2014. (Doc. # 14). Upon due consideration, the Motion is granted.

The Court advises Weaver, however, that all future pleadings must be filed on the record. Furthermore, any motion seeking relief must comply with the Federal Rules and the rules governing this Court. In particular, Local Rule 3.01(g) provides in relevant part:

> Before filing any motion in a civil case, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action, the moving party shall confer with counsel for the opposing party in a good faith effort to resolve

the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion. A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer.

See Local Rule 3.01(g), M.D. Fla. (emphasis added).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Gregory Weaver's Construed Motion for an Extension of Time to File a Response to Plaintiff Malibu Media, LLC's Amended Complaint (Doc. # 14) is **GRANTED.**

(2) Weaver's response to the Amended Complaint is due on or before **February 2, 2015.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 19th day of December, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

2