```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                    Case No. 8:14-cv-1580-T-33TBM

GREGORY WEAVER,

       Defendant.
_____/

**ORDER**

    This matter comes before the Court *sua sponte*. The Court directs *pro se* Defendant Gregory Weaver to visit the Court's website and register himself for a CM/ECF account (login and password) with the assistance of the Clerk's office. Weaver is directed to call Ariel Guzman at (813) 301-5439 for assistance. Once Weaver receives his CM/ECF account, Weaver is directed to utilize the Court's electronic case management filing system when filing any document with the Court.

    Weaver is cautioned that he must comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Weaver to review these rules prior to filing any document on CM/ECF. Additional information regarding CM/ECF is available on the Court's website at www.flmd.uscourts.gov.

    Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant Gregory Weaver is directed to register himself for a CM/ECF account (login and password) with the assistance of the Clerk's Office by calling Ariel Guzman at (813) 301-5439.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of December, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

Ariel Guzman

2