# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:14-CV-01580-VMC-TBM

Plaintiff:
**MALIBU MEDICA, LLC**

vs.

Defendant:
**GREGORY WEAVER**



JRT2014023691

For:
M. Keith Lipscomb
LIPSCOMB, EISENBERG & BAKER, PL
2 S. Biscayne Blvd.
Suite # Ph- 3800
Miami, FL 33131

Received by EXECUTIVE EXPRESS COURIER SERVICES on the 3rd day of December, 2014 at 4:47 pm to be served on **GREGORY WEAVER, 2304 S THIXTON COURT, TAMPA, FL 33629**.

I, Ana Castillo, do hereby affirm that on the **4th day of December, 2014** at **7:15 pm**, I:

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **Summons in a Civil Action, Amended Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **CARA BUSSA** as **CO-RESIDENT**, at the address of: **2304 S THIXTON COURT, TAMPA, FL 33629**, the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Ana Castillo
CPS 04-616218

**EXECUTIVE EXPRESS COURIER SERVICES**
4460 Nw 73 Ave
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2014023691
Ref: LMFL148-1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

