January 28, 2015

United States District Court
Middle District of Florida
Sam M. Gibbons U.S. Courthouse
Attn: Chambers of Judge Virginia M. Hernandez Covington
Case No. 14-01580-VMC-TBM
801 North Florida Avenue
Tampa, Florida 33602
813-301-5400

Dear Judge Hernandez-Covington,

I am the defendant in Case No. 14-01580. Please accept this as a motion for additional time to respond to the complaint. I continue to be in negotiation with the plaintiff's attorney to reach a settlement. Please grant me an additional 30 days to reach an agreement.

Thank you,

Greg Weaver