February 5, 2015

United States District Court

Middle District of Florida

Sam M. Gibbons U.S. Courthouse

Attn: Chambers of Judge Virginia M. Hernandez Covington

Case No. 14-01580-VMC-TBM

801 North Florida Avenue

Tampa, Florida 33602

813-301-5400

Dear Judge Hernandez-Covington,

I am the defendant in Case No. 14-01580. I was not aware that I needed to file these motions through the CM/ECF system. I apologize for the confusion.

You denied my previous motion because of not correctly filing the motion through the CM/ECF system.

Please reconsider and accept this as a motion for additional time to respond to the complaint. I continue to be in negotiation with the plaintiff's attorney to reach a settlement. Please grant me an additional 30 days to reach an agreement.

Thank you,

*/s/ Gregory Weaver*

Greg Weaver