February 9, 2015

United States District Court

Middle District of Florida

Sam M. Gibbons U.S. Courthouse

Attn: Chambers of Judge Virginia M. Hernandez Covington

Case No. 14-01580-VMC-TBM

801 North Florida Avenue

Tampa, Florida 33602

813-301-5400

Dear Judge Hernandez-Covington,

Per your instructions, I requested an extension of time from the complainant's attorney, but have yet to receive a response.

My email to the complainant's attorney requesting the extension is attached.

Please reconsider and accept this as a motion for additional time to respond to the complaint. I continue to be in negotiation with the complainant's attorney to reach a settlement. Please grant me an additional 30 days to reach an agreement.

Thank you,

*/s/ Gregory Weaver*

Greg Weaver