

Greg Weaver <weave73@gmail.com>

## Extension Request

**Greg Weaver** <weave73@gmail.com>  Thu, Feb 5, 2015 at 3:58 PM
To: ekennedy@lebfirm.com

   **Case Name:**   Malibu Media, LLC v. Doe
   **Case Number:** 8:14-cv-01580-VMC-TBM

I am requesting an extension of time of 30 days to settle this complaint. Please let me know if you agree.

Thank you.

Greg Weaver