UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 8:14-cv-01580-VMC-TBM |
| | ) |
| v. | ) |
| | ) |
| GREGORY WEAVER, | ) |
| | ) |
| Defendant. | ) |

**STATUS REPORT**

On December 3, 2014, the Defendant, Gregory Weaver, was served with the Amended Complaint. The Defendant's response to the complaint is at this time past due, and Defendant has reached out to counsel for the Plaintiff and requested additional time to file a response. Counsel for the Plaintiff has agreed to allow the Defendant until February 26, 2015, to file his response. Should the Defendant fail to provide his responses, Plaintiff will proceed with filing a Motion for Default against the Defendant.

Dated: February 19, 2015

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*