**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:14-cv-1580-T-33TBM | DATE:   April 16, 2015 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **MALIBU MEDIA, LLC**<br><br>      Plaintiff,<br><br>v.<br><br>**GREGORY WEAVER**<br><br>      Defendant | **PLAINTIFF COUNSEL**<br>Daniel Shatz (telephonically)<br><br><br><br><br><br>**DEFENDANT COUNSEL**<br>Gregory Weaver | |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** | Shameeka Teasley |
| **TIME:** 1:58 – 2:39 PM<br>**TOTAL:** 41 Minutes | **COURTROOM:** | 14B |

**PROCEEDINGS:**   Case Management Hearing

Court held a Rule 16 Hearing.

The Case Management and Scheduling Order will be entered on the docket subsequent to this hearing.