UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 8:14-cv-01580-VMC-TBM |
| v. | ) |
| GREGORY WEAVER, | ) |
| Defendant. | ) |

**JOINT NOTICE OF SELECTION OF MEDIATOR**

Plaintiff, Malibu Media, LLC ("Plaintiff"), and Defendant, Gregory Weaver ("Defendant") *Pro-Se*, hereby provide notice that the parties have mutually agreed upon the designation of Gregg D. Thomas, Esq. to serve as mediator in this matter.

The Mediation Conference in this matter shall be held on October 8, 2015 at 1:00 PM at the office of Thomas & LoCicero, P.L., located at 601 South Boulevard, Tampa, FL 33606. A proposed order is attached hereto for the Court's review and Consideration.

Dated: May 7, 2015

Respectfully submitted,

/s/ M. Keith Lipscomb                     /s/ Gregory Weaver
M. Keith Lipscomb, Esq.                   Gregory Weaver
Lipscomb, Eisenberg & Baker, PL           2304 Thixton Ct.
2 S. Biscayne Blvd., Penthouse 3800       Tampa, FL 33629
Miami, FL 33132                           E-mail: weave73@gmail.com
Tel.: (786) 431-2228                      *Defendant, Pro-Se*
Fax: (786) 431-2229
E-mail: klipscomb@lebfirm.com
*Attorney for Plaintiff, Malibu Media, LLC*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By: /s/ *M. Keith Lipscomb*