```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                Case No.8:14-cv-1580-T-33TBM

GREGORY WEAVER,

    Defendant.
_____/

### ORDER APPOINTING MEDIATOR

Pursuant to the Joint Notice of Selection of Mediator (Doc. # 34), filed on May 7, 2015, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Mediator**:  Gregg D. Thomas

    **Address**:   Thomas & LoCicero, P.L.
                 601 South Boulevard
                 Tampa, FL 33606

    **Telephone:** (813)984-3066

By agreement of the parties, the mediation conference is scheduled for **October 8, 2015, at 1:00 p.m.** at the location set forth above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of May, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator: Gregg D. Thomas
                   Thomas & LoCicero, P.L.
                   601 South Boulevard
                   Tampa, FL 33606

2