UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:14-cv-1580-T-33TBM | DATE: | July 23, 2015 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | |
| MALIBU MEDIA, LLC<br><br>v.<br><br>GREGORY WEAVER | | **PLAINTIFF'S COUNSEL**<br>Daniel Shatz | |
| | | **DEFENSE COUNSEL**<br>Gregory Weaver, pro se | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:09-10:27 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:** Motion Hearing

**All parties appeared by phone. Court addresses motion to compel Defendant's discovery responses (Doc. 37). Plaintiff has now received interrogatories; any further production should be completed within 10 days. By Defendant's agreement, imaging of hard drives presently in computer or any hard drive previously removed to be completed within 20 days. Order to follow.**