**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 8:14-cv-01580-VMC-TBM |
| ) | |
| GREGORY WEAVER, ) | |
| ) | |
|    Defendant. ) | |
| _____ ) | |

**NON-PARTY'S NOTICE OF FILING AMENDED**
**CERTIFICATE OF GOOD-FAITH CONFERENCE**

COMES NOW Non-Party, CARA LYNN BUSSA, by and through her undersigned counsel[1], pursuant to Rule 26(c), Federal Rules of Civil Procedure and Local Rule 3.01(g), and hereby files her amended good-faith conference certificate for Non-Party's Motion for Protective Order [Doc. 47].

**RULE 26(c) CERTIFICATE OF GOOD-FAITH CONFERENCE**

I, the undersigned attorney, hereby certify that on September 2, 2015, at about 9:30 a.m., pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 3.01(g), I conferred telephonically with Jessica Fernandez, Esq., counsel for Plaintiff, in an attempt to resolve the issues raised in

---

[1] Ms. Bussa is making a limited appearance only for the purpose of objecting to one single discovery issue and should not be construed as a general appearance. Ms. Bussa is not a party to the instant case. She has not been named as a party and has not been served with a summons.

Non-Party Bussa's motion for protective order [Doc. 47] and parties were unable to come to a resolution.

*Attorney for Non-Party, BUSSA:*

/s/ Cynthia Conlin
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@cynthiaconlin.com

## ATTORNEY'S CERTIFICATE OF SERVICE

I hereby certify that on **September 2, 2015,** I filed a copy of this document via CM/ECF, which shall serve copies on counsel for Plaintiff.

*Attorneys for Defendant:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803-4809
Tel. 407-965-5519/Fax 407-545-4397
www.ConlinPA.com

/s/ Cynthia Conlin, Esq.
[X] CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@cynthiaconlin.com
[ ] JENNIFER DAWN REED, ESQ.
Florida Bar No. 104986
Jennifer@cynthiaconlin.com
Secondary Email for Service:
Jeff@cynthiaconlin.com